ELMER V. BEDELL, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Bedell* v. *City of New York,* 110 App. Div. 893, affirmed.
(Argued April 20, 1906; decided May 8, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries.

*Charles L. Hoffman* and *Henry A. Friedman* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN and CHASE, JJ. Absent: HAIGHT, J. Dissenting: WILLARD BARTLETT, J.